# CHOCTAW NORTHERN TOWNSITE & IMPROVEMENT CO. v. BRIDGFORD.

No. 441.   Opinion Filed May 10, 1910.

(109 Pac. 75.)

SUBSCRIPTIONS — Railroad Bonus.  Same as in Choctaw Northern Townsite & Improvement Co. v. Rhyne, infra, 109 Pac. 74.

(Syllabus by the Court.)

*Error from District Court, Blaine County; M. C. Garber, Judge.*

Action by the Choctaw Northern Townsite & Improvement Company against A. S. Bridgford. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*J. B. Cheadle* and *Sander J. Vigg,* for plaintiff in error.
*Wm. O. Woolman,* for defendant in error.

WILLIAMS, J.   The facts in this case are identical with those of the *Choctaw Northern Townsite & Improvement Co. v. Rhyne, infra,* 109 Pac. 74.

On the authority of that case, the judgment of the lower court is reversed and remanded, with instructions to grant a new trial and permit the plaintiff to amend its petition.

All the Justices concur.